UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:14-00031 |
| v. | ) | |
| | ) | Chief Judge Haynes |
| GERMAN CASTRO-MARTINEZ | ) | |

*[handwritten: ORDER. This motion is GRANTED for the time requested. will so. p/8/14]*

**MOTION FOR EXTENSION OF TIME TO RESPOND**

The United States of America, by its attorneys David Rivera, United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, hereby requests an extension of time to respond to defendant's Motion to Accept Guilty Plea Or, in *[handwritten: 5-12-14]* the Alternative, To Dismiss Indictment (the "Motion"). (Docket No. 12).

Pursuant to the Local Rules, the United States' Response to the Motion was due on Monday, May 6, 2014. However, given the nature of the issues raised in the Motion, the undersigned wanted to have the Response reviewed by Senior Litigation Counsel in the U.S. Attorney's Office, AUSA Hester, before filing it. AUSA Hester was out of the office from Friday May 2, when the undersigned completed the Response, until today, May 8, 2014. The United States is filing its Response today and the undersigned apologizes to this Court for not seeking an extension of time before the deadline expired.

WHEREFORE, the United States respectfully requests that this Court extend the time for the United States to file its Response to the Motion until May 8, 2014. Additionally, for the reasons above, the United States also respectfully requests this Court deny defendant's Motion to Dismiss (Docket No. 13) on the grounds that the Response wasn't filed on May 6.

1