IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:14-cr-00031 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| GERMAN CASTRO-MARTINEZ | ) | |

# ORDER

The sentencing hearing in this action is set for **Friday, October 10, 2014 at 3:00 p.m.**, in the United States Courthouse in Nashville, Tennessee. By **Friday, October 3, 2014,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing.

It is so **ORDERED**.

ENTERED this the 21st day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge